UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re.                                                                  No. C 11-3184 SI (pr)

RICKARD ANDERSON,                                   **JUDGMENT**

        Plaintiff.

_____/

      This action is dismissed because it is frivolous.

      IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2011                              _____
                                                      SUSAN ILLSTON
                                              United States District Judge